**Order Filed on June 11, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Robert J. Schneider, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Facsimile: (973) 645-5993
Email: robert.j.schneider@usdoj.gov

In Re:

Juan Victorio Aponte,

Debtor.

Case No.: 18-11891 (VFP)

Chapter 7

Hearing Date:    June 5, 2018, at 10:00 a.m.

Judge: The Honorable Vincent F. Papalia

## ORDER EXTENDING THE TIME TO FILE A MOTION TO DISMISS CASE UNDER 11 U.S.C. §§ 707(b)(1) AND (3) AND EXTENDING THE TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727

The relief set forth on the following page, numbered 2, is hereby **ORDERED**.

**DATED: June 11, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**
Debtor: Juan Victorio Aponte
Chapter 7 Case No. 18-11891 (VFP)

**Order Extending the Time to File a Motion to Dismiss Case Under 11 U.S.C. §§ 707(b)(1) and (3) and Extending the Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727**

---

Upon consideration of the Acting United States Trustee's motion, by and through counsel, for an order extending the time for the Acting United States Trustee to file a motion under 11 U.S.C. §§ 707(b)(1) and (3), and extending the time to file a complaint objecting to discharge under 11 U.S.C. § 727, and notice of the motion having been given to the Debtor and Debtor's counsel, and the Court having found cause for the entry of the within order, it is hereby

**ORDERED** that any motion by the Acting United States Trustee to dismiss this case under 11 U.S.C. §§ 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727, must be filed by **July 13, 2018;** and it is further

**ORDERED** that the Acting United States Trustee reserves his right to seek a further extension of the time to file a motion to dismiss under 11 U.S.C. §§ 707(b)(1) and (3) or a complaint objecting to discharge under 11 U.S.C. § 727.