| | |
|---|---|
| UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Robert J. Schneider, Esquire<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Facsimile: (973) 645-5993<br>Email: robert.j.schneider@usdoj.gov | **Order Filed on June 11, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Juan Victorio Aponte,<br><br>Debtor. | Case No.: 18-11891 (VFP)<br><br>Chapter 7<br><br>Hearing Date:    June 5, 2018, at 10:00 a.m.<br><br>Judge: The Honorable Vincent F. Papalia |

**ORDER EXTENDING THE TIME TO FILE A MOTION TO DISMISS CASE UNDER
11 U.S.C. §§ 707(b)(1) AND (3) AND EXTENDING THE TIME TO FILE A COMPLAINT
OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727**

The relief set forth on the following page, numbered 2, is hereby **ORDERED**.

**DATED: June 11, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**
Debtor: Juan Victorio Aponte
Chapter 7 Case No. 18-11891 (VFP)

**Order Extending the Time to File a Motion to Dismiss Case Under 11 U.S.C. §§ 707(b)(1) and (3) and Extending the Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727**

___

Upon consideration of the Acting United States Trustee's motion, by and through counsel, for an order extending the time for the Acting United States Trustee to file a motion under 11 U.S.C. §§ 707(b)(1) and (3), and extending the time to file a complaint objecting to discharge under 11 U.S.C. § 727, and notice of the motion having been given to the Debtor and Debtor's counsel, and the Court having found cause for the entry of the within order, it is hereby

**ORDERED** that any motion by the Acting United States Trustee to dismiss this case under 11 U.S.C. §§ 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727, must be filed by **July 13, 2018;** and it is further

**ORDERED** that the Acting United States Trustee reserves his right to seek a further extension of the time to file a motion to dismiss under 11 U.S.C. §§ 707(b)(1) and (3) or a complaint objecting to discharge under 11 U.S.C. § 727.

United States Bankruptcy Court
District of New Jersey

In re:  
Juan Victorio Aponte  
      Debtor

Case No. 18-11891-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Jun 11, 2018  
                 Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2018.  
db          +Juan Victorio Aponte,    942 Van Buren Ave.,    Elizabeth, NJ 07201-1816

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2018 at the address(es) listed below:  
         Barbara  Edwards    on behalf of Trustee Barbara  Edwards bedwardstrustee@aol.com, NJ48@ecfcbis.com  
         Barbara  Edwards    bedwardstrustee@aol.com, NJ48@ecfcbis.com  
         Harrison Ross Byck    on behalf of Debtor Juan Victorio Aponte lawfirm@kasuribyck.com, kasuribyck@ecf.courtdrive.com;financial@kasuribyck.com  
         Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Robert J. Schneider    on behalf of U.S. Trustee    U.S. Trustee robert.j.schneider@usdoj.gov  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                TOTAL: 6