UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Harrison Ross Byck, Esq.
Law Offices of Kasuri Byck, LLC
340 Route 1 North
Edison, NJ 08817
(732) 253-7630
(732) 253-7632 Fax
lawfirm@kasuribyck.com
Bar ID: 026831988

In Re:

Juan Victorio Aponte
Debtor

Case No.: __18-11891-VFP__

Adv. Pro. No.: _____

Chapter: __7__

Hearing Date: __2/5/2019__

Judge: __Papalia__

## ADJOURNMENT REQUEST

1. I, __Harrison Ross Byck__,

   ☒ am the attorney for: __the debtor__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: __MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13__

   Current hearing date and time: __February 5, 2019 10:00 a.m.__

   New date requested: __February 26, 2019__

   Reason for adjournment request: __Our client is currently ill in the hospital and we are unable to communicate with him.__

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 01/31/2019                                         /s/Harrison Ross Byck
                                                          Signature

**COURT USE ONLY:**

The request for adjournment is:

☒  Granted            New hearing date: February 26, 2019 @ 10:00am     ☐ Peremptory

☐  Granted over objection(s)   New hearing date: _____     ☐ Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2