Form 173 – hrggeneral

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18–11891–VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Juan Victorio Aponte
942 Van Buren Ave.
Elizabeth, NJ 07201

Social Security No.:
xxx–xx–2968

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Vincent F. Papalia on

Date: August 20, 2019
Time: 10:00 AM
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to consider and act upon the following:

*34* – Motion re: MOTION FOR VOLUNTARY DISMISSAL CHAPTER 7 BANKRUPTCY Filed by Camille J Kassar on behalf of Juan Victorio Aponte. (Attachments: # 1 Certification # 2 Statement as to Why No Brief is Necessary # 3 Proposed Order # 4 Certificate of Service) (Kassar, Camille)

and transact such other business as may properly come before the meeting.

Dated: July 26, 2019
JAN: mcp

Jeanne Naughton
Clerk