Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 18−11891−VFP
                        Chapter: 7
                        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Juan Victorio Aponte
   942 Van Buren Ave.
   Elizabeth, NJ 07201

Social Security No.:
   xxx−xx−2968

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Vincent F. Papalia on

Date:                August 20, 2019
Time:               10:00 AM
Location:         Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to consider and act upon the following:

*34* − Motion re: MOTION FOR VOLUNTARY DISMISSAL CHAPTER 7 BANKRUPTCY Filed by Camille J Kassar on behalf of Juan Victorio Aponte. (Attachments: # 1 Certification # 2 Statement as to Why No Brief is Necessary # 3 Proposed Order # 4 Certificate of Service) (Kassar, Camille)

and transact such other business as may properly come before the meeting.


Dated: July 26, 2019
JAN: mcp

                                                                  Jeanne Naughton
                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Juan Victorio Aponte  
    Debtor

Case No. 18-11891-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 26, 2019  
                     Form ID: 173    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2019.  
db          +Juan Victorio Aponte,    942 Van Buren Ave.,    Elizabeth, NJ 07201-1816

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2019 01:16:31  
           Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021  
                                                                                                                  TOTAL: 1

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2019                                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2019 at the address(es) listed below:  
         Barbara   Edwards    on behalf of Trustee Barbara  Edwards bedwardstrustee@aol.com,  
          NJ48@ecfcbis.com  
         Barbara   Edwards    bedwardstrustee@aol.com,    NJ48@ecfcbis.com  
         Camille J Kassar    on behalf of Debtor Juan Victorio Aponte ckassar@locklawyers.com,  
          kassarcr75337@notify.bestcase.com  
         Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Harrison Ross Byck    on behalf of Debtor Juan Victorio Aponte lawfirm@kasuribyck.com,  
          kasuribyck@ecf.courtdrive.com;financial@kasuribyck.com  
         Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Robert J. Schneider    on behalf of U.S. Trustee    U.S. Trustee robert.j.schneider@usdoj.gov  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                     TOTAL: 8