# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−11891−VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Juan Victorio Aponte
    942 Van Buren Ave.
    Elizabeth, NJ 07201

Social Security No.:
    xxx−xx−2968

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/18/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 18, 2019
JAN: mcp

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Juan Victorio Aponte
     Debtor

Case No. 18-11891-VFP
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Sep 18, 2019
                   Form ID: 148     Total Noticed: 18

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2019.
db             +Juan Victorio Aponte,    942 Van Buren Ave.,    Elizabeth, NJ 07201-1816
517307077      +Atlantic Credit & Finance Inc.,    P.O. Box 2083,    Warren, MI 48090-2083
517307078      +Bank of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
517307083       M&T Bank,    P.O. Box 619063,    Dallas, TX 75261-9063
517307085      +Medical Business Bureau,    1460 Renaissance,    Park Ridge, IL 60068-1349
517307090      +Xcel Federal Credit Union,    1460 Broad Street,    Bloomfield, NJ 07003-3014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 19 2019 00:44:22      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 19 2019 00:44:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Sep 19 2019 04:23:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
517307076       EDI: GMACFS.COM Sep 19 2019 04:23:00      Ally Financial,    P.O. Box 9001952,
                 Louisville, KY 40290-1952
517307079      +EDI: CAPITALONE.COM Sep 19 2019 04:23:00      Capital One,    P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
517307081      +EDI: WFNNB.COM Sep 19 2019 04:23:00      ComenityBank/Victoria,    P.O. Box 182789,
                 Columbus, OH 43218-2789
517307082       EDI: WFNNB.COM Sep 19 2019 04:23:00      ComenityCB/HSN,    P.O. Box 18210,    Columbus, OH 43218
517307084      +EDI: TSYS2.COM Sep 19 2019 04:23:00      Macy's Department Store,    P.O. Box 8218,
                 Mason, OH 45040-8218
517307086       EDI: PRA.COM Sep 19 2019 04:23:00      Portfolio Recovery Associates, LLC,    P.O. Box 12914,
                 Norfolk, VA 23541
517307087      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 19 2019 00:51:40      Regional Acceptance Corporation,
                 621 W. Newport Pike,    Wilmington, DE 19804-3235
517308855      +EDI: RMSC.COM Sep 19 2019 04:23:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517307088      +E-mail/Text: bankruptcydepartment@tsico.com Sep 19 2019 00:44:48      Transworld Systems, Inc,
                 500 Virginia Dr.,    Suite 514,    Ft. Washington, PA 19034-2707
                                                                                               TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517307080      ##+CBE Group,    131 Tower Park Drive,    Waterloo, IA 50701-9374
517307089      ##+Trident Asset Management, LLC,    5755 N. Point Pkwy,    Alpharetta, GA 30022-1136
                                                                                              TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:
              Barbara   Edwards     on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara   Edwards    bedwardstrustee@aol.com,   NJ48@ecfcbis.com
              Camille J Kassar    on behalf of Debtor Juan Victorio Aponte ckassar@locklawyers.com,
               kassarcr75337@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Sep 18, 2019
                              Form ID: 148             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        Robert J. Schneider    on behalf of U.S. Trustee    U.S. Trustee robert.j.schneider@usdoj.gov
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                TOTAL: 7